IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50187
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALFRED SANCHEZ,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-95-CR-191-1
- - - - - - - - - -
May 19, 1997

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Alfred Sanchez appeals his jury conviction of conspiracy to possess with intent to distribute cocaine and attempting to possess with intent to distribute cocaine. A rational trier of fact could have found guilt beyond a reasonable doubt on both issues. See United States v. Fierro, 38 F.3d 761, 768 (5th Cir. 1994); United States v. Jaramillo, 42 F.3d 920, 922-23 (5th Cir.), cert. denied, 115 S. Ct. 2014 (1995). The district court

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

did not clearly err in assessing a two-point adjustment for using a firearm in connection with a drug trafficking offense. See United States v. Rodriquez, 62 F.3d 723, 724 (5th Cir. 1995); United States v. Carter, 953 F.2d 1449, 1459 (5th Cir. 1992). Finally, the district court did not clearly err in finding that Sanchez was not a minor participant. See United States v. Zuniga, 18 F.3d 1254, 1261 (5th Cir. 1994); U.S.S.G. § 3B1.2.

AFFIRMED.